Joshua Hafenbrack (*pro hac vice*)
jhafenbrack@winston.com
**WINSTON & STRAWN LLP**
1901 L Street NW
Washington, DC 20036-3506
Telephone: (202) 282-5017
Fax: (202) 282-5100

Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
**WINSTON & STRAWN LLP**
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Fax: (415) 591-1400

*Counsel for Defendant INDESIGN DATA, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CDK GLOBAL, LLC, a Delaware limited liability company, | Case No. 3:25-cv-01394-JSC |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING INDESIGN'S DEADLINE TO RESPOND TO THE COMPLAINT** |
| vs. | |
| TEKION CORP., a Delaware corporation, and INDESIGN DATA, LLC, a limited liability company, | Complaint Filed:  February 10, 2025 |
| Defendants. | Trial Date:        None |

Pursuant to Northern District of California Civil Local Rules 6-1(a) and 7-12, Plaintiff CDK Global, LLC ("CDK") and Defendant InDesign Data LLC ("InDesign" and, together, the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Stipulation and Proposed Order Extending InDesign's Deadline to Respond to the Complaint.

WHEREAS, CDK filed the operative Complaint against Defendants InDesign and Tekion Corp. ("Tekion") in this action on February 10, 2025 (Dkt. 1);

WHEREAS, CDK served InDesign with a copy of the Summons and Complaint on February 13, 2025 (Dkt. 20);

WHEREAS, InDesign's deadline to respond to the Complaint is March 6, 2025, pursuant to Federal Rules of Civil Procedure 12(a)(1)(A)(i);

WHEREAS, the Parties have agreed to extend InDesign's deadline to respond to the Complaint to April 9, 2025;

WHEREAS, InDesign requests an identical extension to the extension request filed by CDK and Tekion on February 20, 2025 (Dkt. 23) and granted by this Court on February 21, 2025 (Dkt. 27);

WHEREAS, this extension will not alter the dates or deadlines set forth in the Clerk's Notice Setting Initial Case Management Conference (Dkt. 22) or the operative deadlines set forth in the previous Initial Case Management Scheduling Order with ADR Deadlines (Dkt. 7);

WHEREAS, InDesign has not yet determined whether it will file a motion to dismiss;

WHEREAS, under Local Rule 7-3(a) and (c), any "opposition [to a motion to dismiss] must be filed and served not more than 14 days after the motion was filed" and any "reply to an opposition must be filed and served not more than 7 days after the opposition was due;"

WHEREAS, in the event that InDesign files a motion to dismiss on April 9, 2025, the Parties have agreed that CDK will file any opposition brief on May 21, 2025, and InDesign will file any reply brief on June 4, 2025;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that: InDesign's deadline to respond to the Complaint is April 9, 2025. In the event that InDesign files a Motion to Dismiss to CDK's operative Complaint on April 9, 2025, CDK will file any opposition brief on

May 21, 2025 and InDesign will file any reply brief on June 4, 2025. All other operative dates and deadlines set by the Court remain in effect.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____          _____
                                        UNITED STATES DISTRICT JUDGE
                                        JACQUELINE SCOTT CORLEY

1    Dated:  March 4, 2025                **WINSTON & STRAWN LLP**

2

3                                         By: */s/ Joshua Hafenbrack*
                                              Joshua Hafenbrack (pro hac vice)
4                                             jhafenbrack@winston.com
                                              1901 L Street NW
5                                             Washington, DC 20036-3506
                                              Telephone: (202) 282-5017
6                                             Fax: (202) 282-5100

7                                             Jeanifer E. Parsigian (SBN: 289001)
                                              jparsigian@winston.com
8                                             101 California Street, 35th Floor
                                              San Francisco, CA 94111
9                                             Telephone: (415) 591-1000
                                              Facsimile: (415) 591-1400

10

11

12                                        *Counsel for Defendant INDESIGN DATA, LLC*

13   Dated:  March 4, 2025                **SUSMAN GODFREY L.L.P.**

14

15

16                                        By: */s/ Vineet Bhatia*
                                              Vineet Bhatia (admitted pro hac vice)
17                                            Shawn Raymond (admitted pro hac vice)
                                              Robert Safi (admitted pro hac vice)
18                                            SUSMAN GODFREY L.L.P.
                                              1000 Louisiana, Suite 5100
19                                            Houston, TX 77002
                                              Telephone: (713) 651-9366
20                                            Facsimile: (713) 654-6666
                                              vbhatia@susmangodfrey.com
21                                            sraymond@susmangodfrey.com

22                                            Jesse-Justin Cuevas (SBN 307611)
                                              SUSMAN GODFREY L.L.P.
23                                            1900 Avenue of the Stars, Suite 1400
                                              Los Angeles, CA 90067
24                                            Telephone: (310) 789-3100
                                              Facsimile: (310) 789-3150
25                                            jcuevas@susmangodfrey.com

26

27                                        *Counsel for Plaintiff CDK GLOBAL, LLC*

28   JOINT STIPULATION AND [PROPOSED]                    3
     ORDER EXTENDING INDESIGN'S DEADLINE                               CASE NO. 3:25-CV-01394-JSC
     TO RESPOND TO THE COMPLAINT

1

## **LOCAL RULE 5(I)(3) ATTESTATION**

2     I attest that each of the other signatories of this document have concurred in the filing of the

3 Document.

4     Dated:  March 4, 2025                    **WINSTON & STRAWN LLP**

5

6                                   By: */s/ Joshua Hafenbrack*
                                         Joshua Hafenbrack (pro hac vice)
7                                        jhafenbrack@winston.com
                                         1901 L Street NW
8                                        Washington, DC 20036-3506
                                         Telephone: (202) 282-5017
9                                        Fax: (202) 282-5100

10                                       Jeanifer E. Parsigian (SBN: 289001)
                                         jparsigian@winston.com
11                                       101 California Street, 35th Floor
                                         San Francisco, CA 94111
12                                       Telephone: (415) 591-1000
                                         Facsimile: (415) 591-1400

13

14

15                                       *Counsel for Defendant INDESIGN DATA, LLC*

16

17

18

19

20

21

22

23

24

25

26

27

28   JOINT STIPULATION AND [PROPOSED]              4
     ORDER EXTENDING INDESIGN'S DEADLINE
     TO RESPOND TO THE COMPLAINT