1  Joshua Hafenbrack (*pro hac vice*)
   jhafenbrack@winston.com
2  **WINSTON & STRAWN LLP**
   1901 L Street NW
3  Washington, DC 20036-3506
   Telephone: (202) 282-5017
4  Fax: (202) 282-5100

5  Jeanifer E. Parsigian (SBN: 289001)
   jparsigian@winston.com
6  **WINSTON & STRAWN LLP**
   101 California Street, 35th Floor
7  San Francisco, CA 94111
   Telephone: (415) 591-1000
8  Fax: (415) 591-1400

9  Jade Briana Baker (*pro hac vice*)
   jbbaker@winston.com
10 **WINSTON & STRAWN LLP**
   1901 L Street NW
11 Washington, DC 20036-3506
   Telephone: (202) 282-5872
12 Fax: (202) 282-5100

13 *Counsel for Defendant INDESIGN DATA, LLC*

14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17                              **SAN FRANCISCO**

18
   | | |
   |---|---|
   | **CDK GLOBAL, LLC**,  Plaintiff,  v.  **TEKION CORP.**, and **INDESIGN DATA, LLC**,  Defendants. | **Case No. 3:25-cv-01394-JSC**  **DECLARATION OF JOSHUA HAFENBRACK IN SUPPORT OF DEFENDANT INDESIGN DATA, LLC'S MOTION TO DISMISS CDK'S COMPLAINT UNDER FRCP 12(B)(6)** |

I, Joshua Hafenbrack, declare as follows:

1. I am an attorney admitted *pro hac vice* before the United States District Court for the Northern District of California, and am a partner of the law firm Winston & Strawn LLP, attorneys of record for Defendant InDesign Data, LLC ("InDesign"). I have personal knowledge of the matters set forth in this declaration, and if called as a witness, could and would testify competently to them.

2. Exhibit A attached to InDesign's Motion to Dismiss CDK's Complaint is a true and correct copy of CDK's cease-and-desist letter to InDesign Data, LLC, dated February 11, 2025.

3. Exhibit B attached to InDesign's Motion to Dismiss CDK's Complaint is a copy of a webpage on InDesign's website from 2016, accessed using the Way-Back Machine. This copy was accessed on April 8, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of April, 2025, in Washington, D.C.

Dated: April 9, 2025                                **WINSTON & STRAWN LLP**

By: */s/ Joshua Hafenbrack*
Joshua Hafenbrack