# Exhibit B



CONTACT US 1.800.619.4003                                    Home    ScreenConnect    Contact Us

Our Technology    Our Story

## So... Why did we have to build the most advanced solution in the industry?

Someone Had To!

 LEARN MORE



### R&R, ADP/CDK, Etc.

DMSconnect fully supports the major Dealer Management Systems with our proprietary Push & Pull DMSconnect technology powered by B.A.R.T. {Bidirectional Access Real-Time}.



### Plug Into Every Area

InDesign technology, powered by B.A.R.T., allows you to access every part of the DMS that your application demands {Sales, Service, Parts, Accounting, and CRM data} to mention a few.



### Advanced Controls

Our products include an advanced admin panel making it very easy to manage installations allowing for fast deployment.



### Loaded With Options

We've added an incredible amount of control, options and features making data delivery what you need it. Even if you need more – We'll build it!

## DMSconnect is the ultimate bidirectional data pipeline to the DMS!

powerful features, speed, unlimited Push & Pulls, advanced schedule management & much more!

SUBSCRIBE NOW



Our Company Mission
_____

The InDesign Philosophy
_____

The InDesign Promise
_____

To constantly evolve, innovate, and develop the most sophisticated technologies for accessing data and delivering applications to market while maintaining our commitment to be the most customer-centric provider in our industry.

| Think Big Data | Enabling Solutions | Delivering Results |
| --- | --- | --- |

We pull complicated and large reports with ease. Regardless of size, our intelligent application allows us to reassemble large reports into a standardized file sent directly to you via web-service.

## Our Happy Clients



Copyright 2016 InDesign Data | All Rights Reserved | Powered by B.A.R.T.