UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| **CDK GLOBAL, LLC**,<br><br>            Plaintiff,<br>   v.<br>**TEKION CORP.**, and<br>**INDESIGN DATA, LLC**,<br><br>            Defendants. | Case No. 3:25-cv-01394-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT INDESIGN DATA LLC'S MOTION TO DISMISS THE COMPLAINT** |

**[PROPOSED ORDER]**

This matter is before the Court on Defendant InDesign Data, LLC's Motion to Dismiss Plaintiff CDK Global, LLC's Complaint. Having considered Defendant's Motion, the declarations and exhibits submitted in support thereof, and finding that CDK Global, LLC failed to plead a claim for which relief may be granted under Federal Rule of Civil Procedure 12(b)(6), it is hereby ORDERED that the Motion to Dismiss be GRANTED and Plaintiff's Complaint be DISMISSED in its entirety.

Dated: _____, 2025

_____
The Honorable Jacqueline S. Corley
U.S. District Judge