VINEET BHATIA (*admitted pro hac vice*)
vbhatia@susmangodfrey.com
SHAWN RAYMOND (*admitted pro hac vice*)
sraymond@susmangodfrey.com
ROBERT SAFI (*admitted pro hac vice*)
rsafi@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

JESSE-JUSTIN CUEVAS (SBN 307611)
jcuevas@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

*Attorneys for Plaintiff CDK Global, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CDK GLOBAL, LLC, a Delaware limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>TEKION CORP., a Delaware corporation, and INDESIGN DATA, LLC, a Florida limited liability company,<br><br>Defendants. | Case No. 25-cv-01394-JSC<br><br>**JOINT NOTICE OF MEDIATION** |

The parties have conferred and agreed to mediate this matter on August 27, 2025, before Judge Vaughn Walker. The parties will provide the Court with a status update about the outcome of that mediation at the next Case Management Conference.

Dated: July 17, 2025

**SUSMAN GODFREY L.L.P.**

By: */s/ Vineet Bhatia*

VINEET BHATIA (*admitted pro hac vice*)
SHAWN RAYMOND (*admitted pro hac vice*)
ROBERT SAFI (*admitted pro hac vice*)
KATHERINE ROSE JAMES (*admitted pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street
Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
vbhatia@susmangodfrey.com
sraymond@susmangodfrey.com

JESSE-JUSTIN CUEVAS (SBN 307611)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
jcuevas@susmangodfrey.com

AMY B. GREGORY (*admitted pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West
50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
agregory@susmangodfrey.com

*Attorneys for Plaintiff CDK Global, LLC*

Dated: July 17, 2025

**FENWICK & WEST**

By:     */s/ Tyler G. Newby*
Tyler G. Newby

*Attorneys for Defendant Tekion Corp*

Dated: July 17, 2025

**WINSTON & STRAWN LLP**

By:     */s/ Joshua Hafenbrack*
Joshua Hafenbrack (pro hac vice)
jhafenbrack@winston.com
Jade Briana Baker (pro hac vice)
jbbaker@winston.com
Sydney Hartman (pro hac vice)
shartman@winston.com
1901 L Street NW Washington, DC 20036
Telephone: (202) 282-5017
Fax: (202) 282-5100

Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Bethany Ao (pro hac vice)
bao@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Fax: (312) 558-5700

*Counsel for Defendant INDESIGN DATA, LLC*

**CIVIL LOCAL RULE 5-1(i) ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that concurrence of the foregoing document was obtained from all of its signatories.

                         */s/ Jesse-Justin Cuevas*
                         Jesse-Justin Cuevas