| | |
|---|---|
| Jeanifer E. Parsigian (SBN: 289001) | Joshua Hafenbrack (*pro hac vice*) |
| jparsigian@winston.com | jhafenbrack@winston.com |
| **WINSTON & STRAWN LLP** | Benjamin Rudofsky (*pro hac vice*) |
| 101 California Street, 21st Floor | brudofsky@winston.com |
| San Francisco, CA 94111 | Jade Briana Baker (*pro hac vice*) |
| Telephone: (415) 591-1000 | jbbaker@winston.com |
| Facsimile: (415) 591-1400 | Sydney Hartman (*pro hac vice*) |
| | shartman@winston.com |
| Bethany Ao (*pro hac vice*) | **WINSTON & STRAWN LLP** |
| bao@winston.com | 1901 L Street NW |
| **WINSTON & STRAWN LLP** | Washington, DC 20036-3506 |
| 35 West Wacker Drive | Telephone: (202) 282-5017 |
| Chicago, IL 60601 | Facsimile: (202) 282-5100 |
| Telephone: (312) 558-5600 | |
| Facsimile: (312) 558-5700 | |

Counsel for Defendant INDESIGN DATA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CDK GLOBAL LLC, | **Case No. 3:25-cv-01394-JSC** |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING CDK'S DEADLINE TO RESPOND TO INDESIGN'S COUNTERCLAIMS** |
| vs. | |
| TEKION CORP. and INDESIGN DATA, LLC, | Complaint Filed: February 10, 2025 |
| Defendants. | Trial: July 12, 2027 |

Pursuant to Northern District of California Civil Local Rules 6-1(a) and 7-12, Plaintiff and Counter-Defendant CDK Global, LLC ("CDK") and Defendant and Counter-Plaintiff InDesign Data, LLC ("InDesign" and, together, the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Stipulation and Proposed Order Extending CDK's Deadline to Respond to InDesign's Counterclaims.

WHEREAS, CDK filed the operative Complaint against InDesign and Defendant Tekion Corp. in this action on February 10, 2025 (Dkt. 1);

WHEREAS, InDesign filed a Motion to Dismiss CDK's Complaint on April 9, 2025 (Dkt. 52);

WHEREAS, the Court granted in part and denied in part InDesign's Motion to Dismiss on July 15, 2025 (Dkt. 86);

WHEREAS, InDesign filed its Answer and Counterclaims to CDK's Complaint on July 29, 2025 (Dkt. 89);

WHEREAS, CDK filed an Amended Complaint on August 7, 2025 (Dkt. 93);

WHEREAS, InDesign intends to respond to CDK's Amended Complaint by filing an Amended Answer and Counterclaims on or before August 28, 2025;

WHEREAS, the Parties stipulate that CDK will respond to InDesign's Amended Answer and Counterclaims on or before September 19, 2025, in accordance with Federal Rule of Civil Procedure 6(b)(1)(A);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that: CDK's deadline to respond to InDesign's Amended Answer and Counterclaims is September 19, 2025. In the event that CDK files a Motion to Dismiss InDesign's Amended Counterclaims on or before September 19, 2025, InDesign will file any opposition brief by October 3, 2025, and CDK will file any reply brief by October 10, 2025. The Court will hear the motion on Octoner 30, 2025 at 10:00 a.m. in San Francisco. All other operative dates and deadlines set by the Court remain in effect.

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Date: August 13, 2025



Dated: August 13, 2025

Respectfully submitted,

**WINSTON & STRAWN LLP**

By: */s/ Joshua Hafenbrack*
Joshua Hafenbrack (*pro hac vice*)
jhafenbrack@winston.com
Benjamin Rudofsky (*pro hac vice*)
brudofsky@winston.com
Jade Briana Baker (*pro hac vice*)
jbbaker@winston.com
Sydney Hartman (*pro hac vice*)
shartman@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036-3506
Telephone: (202) 282-5017
Facsimile: (202) 282-5100

Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
WINSTON & STRAWN LLP
101 California Street, 21st Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Bethany Ao (*pro hac vice*)
bao@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Counsel for Defendant and Counter-Plaintiff
INDESIGN DATA, LLC*

**SUSMAN GODFREY L.L.P.**

By: */s/ Vineet Bhatia*
Vineet Bhatia (*pro hac vice*)
Shawn Raymond (*pro hac vice*)
Robert Safi (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
vbhatia@susmangodfrey.com
sraymond@susmangodfrey.com

Jesse-Justin Cuevas (SBN: 307611)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
jcuevas@susmangodfrey.com

Amy Gregory (*pro hac vice*)
agregory@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, New York 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

*Counsel for Plaintiff and Counter-Defendant CDK GLOBAL, LLC*