TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
ARMEN N. NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:   415.281.1350

ADAM GAHTAN (admitted *pro hac vice*)
agahtan@fenwick.com
CORTNAY-BETH CYMROT (admitted *pro hac vice*)
ccymrot@fenwick.com
FENWICK & WEST LLP
902 Broadway, Floor 18
New York, NY 10010-6035
Telephone:   212.430.2600

Attorneys for TEKION CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TEKION CORP., <br><br> Plaintiff, <br><br> v. <br><br> CDK GLOBAL, LLC, <br><br> Defendant. | Case No.: 3:24-cv-08879-JSC |
| CDK GLOBAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEKION CORP. and INDESIGN DATA, LLC, <br><br> Defendants. | Case No.: 3:25-cv-01394-JSC <br><br> **FURTHER JOINT CASE MANAGEMENT STATEMENT** <br><br> Date: September 10, 2025 <br> Time: 2:00 p.m. <br> Court: 8, 19th Floor (via Zoom) <br> Judge: Hon. Jacqueline Scott Corley <br> Trial Date: July 12, 2027 |

Pursuant to the Court's July 15, 2025, Pretrial Orders Re: Case Schedule in both *Tekion Corp. v. CDK Global, LLC*, No. 3:24-cv-08879-JSC ("*Tekion v. CDK*") (Dkt. 50) and in *CDK Global, LLC v. Tekion Corp. and InDesign Data, LLC*, No. 3:25-cv-01394-JSC ("*CDK. v. Tekion and InDesign*") (Dkt. 87), the parties respectfully submit the following Further Joint Case Management Statement.

## I. Settlement and ADR

The parties participated in a mediation before the Honorable Vaughn Walker (Retired) on Wednesday, August 27, 2025. Dkt. 51 (*Tekion v. CDK*); Dkt. 88 (*CDK v. Tekion and InDesign*).

*Tekion's & CDK's Mediation Update*: Following the mediation, Tekion and CDK have agreed to continue settlement talks over the coming weeks on an agreed schedule. To facilitate discussions, Tekion and CDK have agreed to stay all pending discovery and related disclosure deadlines that fall on or before Friday, September 12th, including for third-party discovery, until Friday, September 26th. This extension, which is limited to Tekion and CDK, applies to both *Tekion v. CDK* and *CDK v. Tekion and InDesign*.

*InDesign's & CDK's Mediation Update*: Although InDesign and CDK both remain open to a reasonable settlement, the parties were unable to resolve their claims at the mediation. InDesign and CDK have exchanged initial discovery requests, with responses due September 12, 2025. InDesign also issued a third-party subpoena to produce documents to Brookfield Business Partners L.P., CDK's private equity owner, with Brookfield's responses also due September 12, 2025. InDesign filed counterclaims asserting antitrust claims against CDK, and CDK will be filing additional discovery related to those claims. Finally, CDK's deadline to respond to InDesign's Amended Answer and Counterclaims is September 19, 2025. Dkt 95.

Dated: September 3, 2025                          FENWICK & WEST LLP

By:   */s/ Tyler G. Newby*

Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
Armen N. Nercessian (CSB No. 284906)
anercessian@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Adam Gahtan (admitted *pro hac vice*)
agahtan@fenwick.com
Cortnay-Beth Cymrot (admitted *pro hac vice*)
ccymrot@fenwick.com
FENWICK & WEST LLP
902 Broadway, Floor 18
New York, NY 10010-6035
Telephone: 212.430.2600

Attorneys for TEKION CORP.

Dated: September 3, 2025

SUSMAN GODFREY L.L.P.

By: ___/s/ Vineet Bhatia___

VINEET BHATIA (*Admitted Pro Hac Vice*)
vbhatia@susmangodfrey.com
SHAWN RAYMOND (*Admitted Pro Hac Vice*)
sraymond@susmangodfrey.com
ROBERT SAFI (*Admitted Pro Hac Vice*)
rsafi@susmangodfrey.com
KATHERINE ROSE JAMES
(*Admitted Pro Hac Vice*)
rjames@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street
Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

JESSE-JUSTIN CUEVAS (SBN 307611)
jcuevas@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

AMY B. GREGORY (*Admitted Pro Hac Vice*)
EVE LEVIN (*Admitted Pro Hac Vice*)

FENWICK & WEST LLP
ATTORNEYS AT LAW

FURTHER JOINT CASE
MANAGEMENT STATEMENT

2

Case No.: 3:24-cv-08879-JSC
Case No.: 3:25-cv-01394-JSC

SUSMAN GODFREY L.L.P.
One Manhattan West
50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
agregory@susmangodfrey.com
elevin@susmangodfrey.com

RACHEL L. SCHALLER (*Admitted Pro Hac Vice*)
rachel.schaller@blankrome.com
BLANK ROME LLP
444 West Lake Street, Suite 1650
Chicago, Illinois 60606
Telephone: (312) 776-2600
Facsimile: (312) 776-2601

Attorneys for CDK Global, LLC

| | |
|---|---|
| Dated: September 3, 2025 | WINSTON & STRAWN LLLP |
| | By: */s/ Joshua Hafenbrack* |

Joshua Hafenbrack (admitted *pro hac vice*)
jhafenbrack@winston.com
Benjamin Rudofsky (admitted *pro hac vice*)
brudofsky@winston.com
Jade Briana Baker (admitted *pro hac vice*)
jbbaker@winston.com
Sydney Hartman (admitted *pro hac vice*)
shartman@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036-3506
Telephone: (202) 282-5017
Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
WINSTON & STRAWN LLP
101 California Street, 21st Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Bethany Ao (admitted *pro hac vice*)
bao@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Attorneys for INDESIGN DATA, LLC

FENWICK & WEST LLP
ATTORNEYS AT LAW

FURTHER JOINT CASE
MANAGEMENT STATEMENT

3

Case No.: 3:24-cv-08879-JSC
Case No.: 3:25-cv-01394-JSC

**Local Rule 5(i)(3) Attestation**

I attest that each of the other signatories of this document have concurred in the filing of the document.

Dated:  September 3, 2025                    FENWICK & WEST LLP

By:   /s/ Tyler G. Newby
           Tyler G. Newby