| | |
|---|---|
| Jeanifer E. Parsigian (SBN: 289001)<br>jparsigian@winston.com<br>**WINSTON & STRAWN LLP**<br>101 California Street, 21st Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400<br><br>Bethany Ao (*pro hac vice*)<br>bao@winston.com<br>**WINSTON & STRAWN LLP**<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700 | Joshua Hafenbrack (*pro hac vice*)<br>jhafenbrack@winston.com<br>Benjamin Rudofsky (*pro hac vice*)<br>brudofsky@winston.com<br>Jade Briana Baker (*pro hac vice*)<br>jbbaker@winston.com<br>Sydney Hartman (*pro hac vice*)<br>shartman@winston.com<br>**WINSTON & STRAWN LLP**<br>1901 L Street NW<br>Washington, DC 20036-3506<br>Telephone: (202) 282-5017<br>Facsimile: (202) 282-5100 |

*Counsel for Defendant and Counter-Plaintiff INDESIGN DATA, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CDK GLOBAL, LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TEKION CORP. and<br>INDESIGN DATA, LLC,<br><br>　　　　　Defendants. | **Case No. 3:25-cv-01394-JSC**<br><br>**DEFENDANT AND COUNTER-PLAINTIFF INDESIGN DATA, LLC'S NOTICE OF COMPLIANCE WITH ORDER RE ADMINISTRATIVE MOTIONS TO SEAL (ECF NO. 92)**<br><br>Complaint Filed: February 10, 2025<br>Trial: July 12, 2027 |

1   TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that, pursuant to the Court's August 6, 2025 Order re Administrative
3   Motions to Seal (ECF. No. 92), Defendant and Counter-Plaintiff InDesign Data, LLC ("InDesign")
4   hereby files updated public versions of certain documents submitted in connection with the briefing of
5   Plaintiff and Counter-Defendant CDK Global, LLC's ("CDK") Motion for Preliminary Injunction (ECF
6   No. 45), including:

- A redacted version of InDesign's Opposition to CDK's Motion for Preliminary Injunction (ECF No. 62), attached as **Attachment 1**;
- A redacted version of the Deposition Transcript of David LaGreca (ECF No. 62-3), attached as **Attachment 2**;
- A redacted version of the Deposition Transcript of Edward Stroz (ECF No. 62-8), attached as **Attachment 3**;
- A redacted version of the Deposition Transcript of Vaidhyanathan Swaminathan (ECF No. 62-9), attached as **Attachment 4**;
- A redacted version of the Deposition Transcript of Denton Bales (ECF No. 62-12), attached as **Attachment 5**; and
- A redacted version of the Deposition Transcript of Mark Kiser (ECF No. 62-13), attached as **Attachment 6**.

Dated:  September 5, 2025

Respectfully submitted,

**WINSTON & STRAWN LLP**

By: */s/ Joshua Hafenbrack*
Joshua Hafenbrack (*pro hac vice*)
jhafenbrack@winston.com
Benjamin Rudofsky (*pro hac vice*)
brudofsky@winston.com
Jade Briana Baker (*pro hac vice*)
jbbaker@winston.com
Sydney Hartman (*pro hac vice*)
shartman@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036-3506
Telephone: (202) 282-5017
Facsimile: (202) 282-5100

Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
WINSTON & STRAWN LLP
101 California Street, 21st Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Bethany Ao (*pro hac vice*)
bao@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Counsel for Defendant and Counter-Plaintiff INDESIGN DATA, LLC*