Vineet Bhatia *(Admitted Pro Hac Vice)*
vbhatia@susmangodfrey.com
Shawn Raymond *(Admitted Pro Hac Vice)*
sraymond@susmangodfrey.com
Robert Safi *(Admitted Pro Hac Vice)*
rsafi@susmangodfrey.com
Katherine Rose James *(Admitted Pro Hac Vice)*
rjames@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Jesse-Justin Cuevas (SBN 307611)
jcuevas@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Amy Gregory *(Admitted Pro Hac Vice)*
agregory@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, New York 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Rachel L. Schaller *(Admitted Pro Hac Vice)*
rachel.schaller@blankrome.com
Daniel Saeedi *(Admitted Pro Hac Vice)*
daniel.saeedi@blankrome.com
BLANK ROME LLP
444 West Lake Street, Suite 1650
Chicago, Illinois 60606
Telephone: (312) 776-2600
Facsimile: (312) 776-2601

*Attorneys for Plaintiff CDK GLOBAL, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CDK GLOBAL, LLC<br><br>Plaintiff,<br><br>v.<br><br>TEKION CORP., and,<br>INDESIGN DATA, LLC<br><br>Defendants. | Case No. 3:25-cv-01394-JSC<br><br>**NOTICE OF FILING REDACTED DOCUMENTS**<br><br>Jury Trial Demanded<br><br>Complaint Filed: 02/10/2025 |

The Court's August 6, 2025 Order (ECF 92) directed Plaintiff to file redacted copies of the following publicly: (1) Plaintiff's Notice of Motion and Motion for a Preliminary Injunction and accompanying exhibits (ECF 45), filed March 13, 2025; and (2) Plaintiff's Reply in Support of Motion for Preliminary Injunction and accompanying exhibits (ECF. 75), filed May 29, 2025. Plaintiff files redacted copies here in accordance with the Court's Order.

Dated:  September 5, 2025                              **SUSMAN GODFREY L.L.P.**

                                                       By:  *Vineet Bhatia*
                                                       VINEET BHATIA (*Admitted Pro Hac Vice*)
                                                       vbhatia@susmangodfrey.com
                                                       SHAWN RAYMOND (*Admitted Pro Hac Vice*)
                                                       sraymond@susmangodfrey.com
                                                       ROBERT SAFI *(Admitted Pro Hac Vice)*
                                                       rsafi@susmangodfrey.com
                                                       KATHERINE JAMES (*Admitted Pro Hac Vice*)
                                                       rjames@susmangodfrey.com
                                                       SUSMAN GODFREY L.L.P.
                                                       1000 Louisiana, Suite 5100
                                                       Houston, TX 77002
                                                       Telephone: (713) 651-9366
                                                       Facsimile: (713) 654-6666

                                                       JESSE-JUSTIN CUEVAS (SBN 307611)
                                                       jcuevas@susmangodfrey.com
                                                       SUSMAN GODFREY L.L.P.
                                                       1900 Avenue of the Stars, Suite 1400
                                                       Los Angeles, CA 90067
                                                       Telephone: (310) 789-3100
                                                       Facsimile: (310) 789-3150

                                                       AMY GREGORY (*Admitted Pro Hac Vice*)
                                                       agregory@susmangodfrey.com
                                                       SUSMAN GODFREY L.L.P.
                                                       One Manhattan West, 50th Floor
                                                       New York, New York 100001
                                                       Telephone: (212) 336-8330
                                                       Facsimile: (212) 336-8340

                                                       RACHEL SCHALLER (*Admitted Pro Hac Vice*)
                                                       DANIEL SAEEDI (*Admitted Pro Hac Vice*)
                                                       rachel.schaller@blankrome.com
                                                       daniel.saeedi@blankrome.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BLANK ROME LLP
444 West Lake Street, Suite 1650
Chicago, Illinois 60606
Telephone: (312) 776-2600
Facsimile: (312) 776-2601

*Attorneys for Plaintiff CDK Global, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document has been served on the following counsel by of record via electronic mail on September 5, 2025.

*/s/ Vineet Bhatia*
Vineet Bhatia

| | |
|---|---|
| | **SERVICE LIST** |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANT |
| VINEET BHATIA (*Admitted Pro Hac Vice*) | TYLER G. NEWBY |
| vbhatia@susmangodfrey.com | tnewby@fenwick.com |
| SHAWN RAYMOND (*Admitted Pro Hac Vice*) | ARMEN N. NERCESSIAN |
| sraymond@susmangodfrey.com | anercessian@fenwick.com |
| ROBERT SAFI (*Admitted Pro Hac Vice*) | FENWICK & WEST LLP |
| rsafi@susmangodfrey.com | 555 California St., 12th Floor |
| K. ROSE JAMES (*Admitted Pro Hac Vice*) | San Francisco, California 94104 |
| rjames@susmangodfrey.com | Telephone: (415) 875-2300 |
| SUSMAN GODFREY L.L.P. | |
| 1000 Louisiana, Suite 5100 | ERICA R. SUTTER |
| Houston, TX 77002 | esutter@fenwick.com |
| Telephone: (713) 651-9366 | CORTNAY CYMROT |
| Facsimile: (713) 654-6666 | ccymrot@fenwick.com |
| | ADAM ROBERT GAHTAN |
| | agahtan@fenwick.com |
| JESSE-JUSTIN CUEVAS (SBN 307611) | FENWICK & WEST LLP |
| jcuevas@susmangodfrey.com | 902 Broadway, 18th Floor |
| SUSMAN GODFREY L.L.P. | New York, New York 10010 |
| 1900 Avenue of the Stars, Suite 1400 | Telephone: (650) 335-7626 |
| Los Angeles, CA 90067 | |
| Telephone: (310) 789-3100 | *Attorneys for Defendant Tekion Corp.* |
| Facsimile: (310) 789-3150 | |
| | |
| AMY GREGORY (*Admitted Pro Hac Vice*) | JENNIFER ELLEN PARSIGIAN |
| agregory@susmangodfrey.com | jparsigian@winston.com |
| SUSMAN GODFREY L.L.P. | BETHANY AO |
| One Manhattan West, 50th Floor | bao@winston.com |
| New York, New York 100001 | JADE BRIANA BAKER |
| Telephone: (212) 336-8330 | jbbaker@windston.com |
| Facsimile: (212) 336-8340 | JOSHUA HAFENBRACK |
| | jhafenbrack@winston.com |
| RACHEL SCHALLER (*Admitted Pro Hac Vice*) | SYDNEY HARTMAN |
| DANIEL SAEEDI (*Admitted Pro Hac Vice*) | shartman@winston.com |
| rachel.schaller@blankrome.com | WINSTON & STRAWN, LLP |
| daniel.saeedi@blankrome.com | 101 California St, 21st Floor |
| BLANK ROME LLP | San Francisco, California 94111 |
| 444 West Lake Street, Suite 1650 | Telephone: (415) 591-1400 |
| Chicago, Illinois 60606 | |
| Telephone: (312) 776-2600 | *Attorney for Defendant InDesign Data* |
| Facsimile: (312) 776-2601 | |
| | |
| Attorneys for Plaintiff CDK Global, LLC | |