TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
ARMEN N. NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:   415.281.1350

ADAM GAHTAN (admitted *pro hac vice*)
agahtan@fenwick.com
CORTNAY-BETH CYMROT (admitted *pro hac vice*)
ccymrot@fenwick.com
FENWICK & WEST LLP
902 Broadway, Floor 18
New York, NY 10010-6035
Telephone:   212.430.2600

Attorneys for Defendant TEKION CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CDK GLOBAL, LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>TEKION CORP. et al.,<br><br>                    Defendants. | Case No.: 3:25-cv-01394-JSC<br><br>**DEFENDANT TEKION CORP.'S NOTICE OF COMPLIANCE WITH ORDER RE ADMINISTRATIVE MOTIONS TO SEAL**<br><br>**JURY TRIAL DEMANDED** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

PLEASE TAKE NOTICE, that, pursuant to the Court's August 6, 2025 Order re Administrative Motions to Seal (ECF. No. 92), Defendant Tekion Corp. ("Tekion") hereby files updated public versions of certain documents submitted in connection with the briefing of Plaintiff CDK Global, LLC's ("CDK") Motion for Preliminary Injunction (ECF No. 45), including:

- A redacted version of Tekion's Opposition to CDK's Motion for Preliminary Injunction (ECF No. 64-3), attached as **Attachment 1**;

- A redacted version of the Declaration of James Bradley Fox (ECF No. 64-4), attached as **Attachment 2**;
- A redacted version of the Declaration of James Livingstone (ECF No. 64-6), attached as **Attachment 3**;
- A redacted version of the Declaration of Tyler G. Newby in Support of Tekion's Opposition to CDK's Motion for Preliminary Injunction (ECF No. 64-7), attached as **Attachment 4**;
- A redacted version of Exhibit 1 to the Declaration of Tyler G. Newby in Support of Tekion's Opposition to CDK's Motion for Preliminary Injunction (ECF No. 64-8), attached as **Attachment 5**;
- A redacted version of Exhibit 2 to the Declaration of Tyler G. Newby in Support of Tekion's Opposition to CDK's Motion for Preliminary Injunction (ECF No. 64-9), attached as **Attachment 6**;
- A redacted version of Exhibit 3 to the Declaration of Tyler G. Newby in Support of Tekion's Opposition to CDK's Motion for Preliminary Injunction (ECF No. 64-10), attached as **Attachment 7**;
- A redacted version of Exhibit 4 to the Declaration of Tyler G. Newby in Support of Tekion's Opposition to CDK's Motion for Preliminary Injunction (ECF No. 64-11), attached as **Attachment 8**;
- A redacted version of Exhibit 5 to the Declaration of Tyler G. Newby in Support of Tekion's Opposition to CDK's Motion for Preliminary Injunction (ECF No. 64-12), attached as **Attachment 9**;
- A redacted version of Exhibit 6 to the Declaration of Tyler G. Newby in Support of Tekion's Opposition to CDK's Motion for Preliminary Injunction (ECF No. 64-13), attached as **Attachment 10**;

| | |
|---|---|
| Dated: September 5, 2025 | FENWICK & WEST LLP |
| | By: */s/ Armen N. Nercessian* |
| | Tyler G. Newby (CSB No. 205790)<br>tnewby@fenwick.com<br>Armen N. Nercessian (CSB No. 284906)<br>anercessian@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th floor<br>San Francisco, CA 94104<br>Telephone: 415.875.2300<br>Facsimile:  415.281.1350 |
| | Adam Gahtan (admitted *pro hac vice*)<br>agahtan@fenwick.com<br>Cortnay-Beth Cymrot (admitted *pro hac vice*)<br>ccymrot@fenwick.com<br>FENWICK & WEST LLP<br>902 Broadway, Floor 18<br>New York, NY  10010-6035<br>Telephone:  212.430.2600 |
| | Attorneys for Defendant TEKION CORP. |