| | |
|---|---|
| Joshua Hafenbrack (*pro hac vice*)<br>jhafenbrack@winston.com<br>Benjamin Rudofsky (*pro hac vice*)<br>brudofsky@winston.com<br>Jade Briana Baker (*pro hac vice*)<br>jbbaker@winston.com<br>Sydney Hartman (*pro hac vice*)<br>shartman@winston.com<br>**WINSTON & STRAWN LLP**<br>1901 L Street NW<br>Washington, DC 20036-3506<br>Telephone: (202) 282-5017<br>Fax: (202) 282-5100 | Jeanifer E. Parsigian (SBN: 289001)<br>jparsigian@winston.com<br>**WINSTON & STRAWN LLP**<br>101 California Street, 35th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-1000<br>Fax: (415) 591-1400<br><br>Bethany Ao (*pro hac vice*)<br>bao@winston.com<br>**WINSTON & STRAWN LLP**<br>300 N. LaSalle Dr., Suite 4400<br>Chicago, IL 60654<br>Telephone: (312) 558-5600<br>Fax: (312) 558-5700 |

*Counsel for Defendant and Counter-Plaintiff*
INDESIGN DATA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CDK Global LLC,<br><br>     Plaintiff,<br><br>vs.<br><br>Tekion Corp.,<br>InDesign Data, LLC,<br><br>     Defendants. | **Case No. 3:25-cv-01394-JSC**<br><br>**DEFENDANT AND COUNTER-PLAINTIFF INDESIGN DATA, LLC'S UPDATED CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15**<br><br>**HONORABLE JACQUELINE SCOTT CORLEY** |
| InDesign Data, LLC,<br><br>     Counter-Plaintiff,<br><br>vs.<br><br>CDK Global, LLC,<br><br>     Counter-Defendant. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- SmartDealer Technologies, Inc.
- Inveniam Investments LLC

Dated: November 6, 2025

WINSTON & STRAWN LLP

By: /s/ *Joshua Hafenbrack*

Joshua Hafenbrack (*pro hac vice*)
jhafenbrack@winston.com
Benjamin Rudofsky (*pro hac vice*)
brudfosky@winston.com
Jade Briana Baker (*pro hac vice*)
jbbaker@winston.com
Sydney Hartman (*pro hac vice*)
shartman@winston.com
**WINSTON & STRAWN LLP**
1901 L Street NW
Washington, DC 20036-3506
Telephone: (202) 282-5017
Fax: (202) 282-5100

Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
**WINSTON & STRAWN LLP**
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Fax: (415) 591-1400

Bethany Ao (*pro hac vice*)
bao@winston.com
**WINSTON & STRAWN LLP**
300 N. LaSalle Dr., Suite 4400
Chicago, IL 60654
Telephone: (312) 558-5600
Fax: (312) 558-5700

*Counsel for Defendant and Counter-Plaintiff INDESIGN DATA, LLC*