UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEKION CORP., <br><br> Plaintiff, <br><br> v. <br><br> CDK GLOBAL, LLC, <br><br> Defendant. | Case No. 24-cv-08879-JSC |
| CDK GLOBAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEKION CORP. and INDESIGN DATA, LLC, <br><br> Defendants. | Case No. 25-cv-01394-JSC <br><br> **ORDER FOLLOWING FEBRUARY 4, 2026 FURTHER CASE MANAGEMENT CONFERENCE** |

As discussed at the February 4, 2026 further case management conference:

1. Any discovery dispute joint letters arising from the matters set forth in the joint case management statement (Dkt. No. 68) must be filed by February 20, 2026.

2. The Court will hold a further case management conference on February 25, 2026 at 9:30 a.m. IN PERSON.  The further CMC will be cancelled if no discovery dispute letters are filed, but if a dispute letter(s) is filed, the parties must show up in person with counsel authorized to finally resolve the disputes.  The parties will be ordered to meet and confer in person to finally resolve the disputes.  If the parties advise they have resolved their disputes, the Court will hold the CMC by video, or continue it,.

\\

**IT IS SO ORDERED.**

Dated: February 4, 2026

*Jacqueline Scott Corley*
JACQUELINE SCOTT CORLEY
United States District Judge
