Vineet Bhatia *(Admitted Pro Hac Vice)*
vbhatia@susmangodfrey.com
Shawn Raymond *(Admitted Pro Hac Vice)*
sraymond@susmangodfrey.com
Katherine Rose James *(Admitted Pro Hac Vice)*
rjames@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Jesse-Justin Cuevas (SBN 307611)
jcuevas@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Amy Gregory *(Admitted Pro Hac Vice)*
agregory@susmangodfrey.com
Eve Levin *(Admitted Pro Hac Vice)*
elevin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, New York 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Rachel L. Schaller *(Admitted Pro Hac Vice)*
rachel.schaller@blankrome.com
Daniel Saeedi *(Admitted Pro Hac Vice)*
daniel.saeedi@blankrome.com
BLANK ROME LLP
444 West Lake Street, Suite 1650
Chicago, Illinois 60606
Telephone: (312) 776-2600
Facsimile: (312) 776-2601

*Attorneys for CDK Global, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CDK GLOBAL, LLC<br><br>　　Plaintiff,<br><br>vs.<br><br>TEKION CORP., and<br>INDESIGN DATA, LLC<br><br>　　Defendants. | Case No. 3:25-cv-01394-JSC<br><br>**JOINT LETTER RE: FEBRUARY 25, 2026, CASE MANAGEMENT CONFERENCE** |
| TEKION CORP.,<br>　　Plaintiff,<br><br>vs.<br><br>CDK GLOBAL, LLC,<br>　　Defendant | Case No. 3:24-cv-08879-JSC |

Dear Judge Corley:

Pursuant to the Court's Minute Order dated February 4, 2026, CDK Global, LLC, Tekion Corp., and InDesign Data, LLC (collectively, the "Parties") submit this letter to notify the Court that the Parties have no discovery disputes to present at the February 25, 2026, case management conference in the above-captioned related actions.

The Court's Minute Order stated that if the Parties advised the Court that they have resolved their disputes, the Court would hold the case management conference by video or continue it. The Parties respectfully defer to the Court's discretion as to how to proceed and remain available at the Court's convenience should the Court require any further information.

Respectfully submitted,

Dated: February 19, 2026

By: */s/ Vineet Bhatia*
VINEET BHATIA (*Admitted Pro Hac Vice*)
SHAWN RAYMOND (*Admitted Pro Hac Vice*)
KATHERINE ROSE JAMES *(Admitted Pro Hac Vice)*
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
vbhatia@susmangodfrey.com
sraymond@susmangodfrey.com
rjames@susmangodfrey.com

JESSE-JUSTIN CUEVAS (SBN 307611)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
jcuevas@susmangodfrey.com

EVE LEVIN (*Admitted Pro Hac Vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
elevin@susmangodfrey.com

*Attorneys for CDK Global, LLC*

By: *Erica R. Sutter*
Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    (415) 875.2300

Adam Gahtan (admitted pro hac vice)
agahtan@fenwick.com
Erica R. Sutter (CSB No. 309182)
esutter@fenwick.com
Cortnay-Beth Cymrot (admitted pro hac vice)
ccymrot@fenwick.com
FENWICK & WEST LLP
902 Broadway, Floor 18
New York, NY  10010-6035
Telephone:    212.430.2600

Janie Yoo-Scott (CSB No. 312715)
jyooscott@fenwick.com
Brittney Dimond (admitted pro hac vice)
bdimond@fenwick.com
FENWICK & WEST LLP
733 10th Street NW, Suite 400
Washington, DC  20001
Telephone:    202.970.3000

*Attorneys for Tekion Corp.*

By:  *Joshua Hafenbrack*
Joshua Hafenbrack (admitted pro hac vice)
jhafenbrack@winston.com
Benjamin Rudofsky (admitted pro hac vice)
brudofsky@winston.com
Jade Briana Baker (admitted pro hac vice)
jbbaker@winston.com
Sydney Hartman (admitted pro hac vice)
shartman@winston.com
Molly Rose Gibson (admitted pro hac vice)
MRGibson@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036-3506
Telephone: (202) 282-5017
Facsimile: (202) 282-5100

Joint Discovery Letter
Case Nos.: 3:24-cv-08879-JSC, 3:25-cv-01394-JSC

Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
WINSTON & STRAWN LLP
101 California Street, 21st Floor
San Francisco, CA 94111
Telephone:    (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for InDesign Data, LLC*