Matthew Huppert (*pro hac vice*)
matt.huppert@winstontaylor.com
**WINSTON TAYLOR LLP**
1901 L Street NW
Washington, DC 20036-3506
Telephone: (202) 282-5017
Facsimile: (202) 282-5100

*Counsel for INDESIGN DATA, LLC*

*Additional Counsel Listed on Signature Page*

Vineet Bhatia (*pro hac vice*)
vbhatia@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Counsel for CDK GLOBAL, LLC*

*Additional Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

**CDK GLOBAL, LLC,**

*Plaintiff*,

vs.

**TEKION CORP. and INDESIGN DATA, LLC,**

*Defendants*.

**INDESIGN DATA, LLC,**

*Counter-Plaintiff*,

vs.

**CDK GLOBAL, LLC,**

*Counter-Defendant.*

**Case No. 3:25-cv-01394-JSC**

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING STAY OF EXPERT DISCOVERY DEADLINES**

Pursuant to the Northern District of California Civil Local Rule 7-12, InDesign Data, LLC ("InDesign"), Tekion Corp. ("Tekion"), and CDK Global, LLC ("CDK"), by and through their respective counsel, respectfully submit this Joint Stipulation and Proposed Order regarding the effect of the stay of expert deadlines in the related case *Tekion Corp. v. CDK Global, LLC*, No. 3:24-cv-08879-JSC (N.D. Cal.) on the above-captioned case:

WHEREAS, on July 31, 2026, the Honorable Jacqueline Scott Corley issued an Order in Case No. 3:24-cv-08879-JSC (Dkt. Nos. 184 and 197) ("Order"), which, *inter alia*, stayed expert deadlines pending the resolution of CDK's motion for summary judgment;

WHEREAS, the above-captioned action, *CDK Global, LLC v. Tekion Corp. and InDesign, LLC*, No. 3:25-cv-01394-JSC and Case No. 3:24-cv-08879-JSC are related actions that are coordinated with one another for purposes of fact and expert discovery, currently proceeding on identical case schedules, and assigned to the same judge.

WHEREAS, the Parties agree that, due to the coordination of the two actions, the stay of expert discovery deadlines ordered in Case No. 3:24-cv-08879-JSC should apply equally to the expert deadlines in this action.

NOW, THEREFORE, pursuant to Civil Local Rule 7-12, the parties hereby stipulate and agree that the Court's stay of expert deadlines in Case No. 3:24-cv-08879-JSC, as set forth in the Order, shall also apply to all expert deadlines in this action, Case No. 3:25-cv-01394-JSC, including but not limited to deadlines for disclosing expert reports and completing expert depositions. All such deadlines in this action, Case No. 3:25-cv-01394-JSC, are hereby stayed pending resolution of CDK's motion for summary judgment in Case No. 3:24-cv-08879-JSC. Nothing in this Stipulation shall affect any other deadlines in this action unless separately ordered by the Court.

Dated: August 20, 2026

**WINSTON TAYLOR LLP**

By: */s/ Matthew Huppert*

Matthew Huppert (*pro hac vice*)
matt.huppert@winstontaylor.com
Benjamin Rudofsky (*pro hac vice*)
ben.rudofsky@winstontaylor.com
Sydney Hartman (*pro hac vice*)
sydney.hartman@winstontaylor.com
Molly Gibson (*pro hac vice*)
molly.gibson@winstontaylor.com
**WINSTON TAYLOR LLP**
1901 L Street NW
Washington, DC 20036-3506
Telephone: (202) 282-5017
Facsimile: (202) 282-5100

Jeanifer E. Parsigian (SBN: 289001)
jeanifer.parsigian@winstontaylor.com
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Emilie Castro-Schwarz (*pro hac vice*)
emilie.castroschwarz@winstontaylor.com
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-1708

Jessie Wu (SBN: 366163)
jessie.wu@winstontaylor.com
**WINSTON TAYLOR LLP**
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700

Joshua Hafenbrack (*pro hac vice*)
jhafenbrack@hafenbracklaw.com
**HAFENBRACK LAW**
1818 18th Street NW, Suite 810
Washington, DC 20006
Telephone: (202) 603-0857

*Counsel for Defendant and Counter-Plaintiff INDESIGN DATA, LLC*

Dated: August 20, 2026

**SUSMAN GODFREY L.L.P.**

By: */s/ Vineet Bhatia*

Vineet Bhatia (*pro hac vice*)
vbhatia@susmangodfrey.com
Shawn Raymond (*pro hac vice*)
sraymond@susmangodfrey.com
Robert Safi (*pro hac vice*)
rsafi@susmangodfrey.com
Daniel Wilson (*pro hac vice*)
dwilson@susmangodfrey.com
Meredith R. Harrison (*pro hac vice*)
mharrison@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666

Amy B. Gregory (*pro hac vice*)
agregory@susmangodfrey.com
Eve Levin (*pro hac vice*)
elevin@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
One Manhattan West Plaza, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Fax: (212) 336-8340

Jesse-Justin Cuevas (SBN: 307611)
jcuevas@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3150
Fax: (310) 789-3150

Stephen Morrissey
smorrissey@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 373-7380

Rachel Schaller (*pro hac vice*)
Rachel.schaller@blankrome.com
Daniel Saeedi (*pro hac vice*)
Daniel.saeedi@blankrome.com
**BLANK ROME LLP**
444 W. Lake Street, Suite 1650
Chicago, IL 60606
Telephone: (312) 776-2517

*Attorneys for CDK GLOBAL, LLC*

Dated: August 20, 2026

**FENWICK & WEST LLP**

By: /s/ *Erica Sutter*

Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
Jordan Stevenson
jordanstevenson@fenwick.com
Will Shuldiner
wshuldiner@fenwick.com
**FENWICK & WEST LLP**
One Front Street, Floors 31-33
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Samuel Sahagian
ssahagian@fenwick.com
**FENWICK & WEST LLP**
730 Arizona Avenue, 1st Floor
Santa Monica, CA 90401
Telephone: (818) 640-0115

Adam Gahtan (*pro hac vice*)
agahtan@fenwick.com
Erica R. Sutter (CSB No. 309182)
esutter@fenwick.com
Noah Solowiejczyk (*pro hac vice*)
nsolowiejczyk@fenwick.com
Cortnay-Beth Cymrot (*pro hac vice*)
ccymrot@fenwick.com
Amanda Liverzani (*pro hac vice*)
aliverzani@fenwick.com
Kevin X. McGann (*pro hac vice*)
kmcgann@fenwick.com
Retley G. Locke, Jr.
rlocke@fenwick.com
**FENWICK & WEST LLP**
902 Broadway, Floor 18
New York, NY 10010-6035
Telephone: (212) 430-2600

Janie Yoo-Scott (CSB No. 312715)
jyooscott@fenwick.com
Brittney Dimond (*pro hac vice*)
bdimond@fenwick.com
Hattie Phelps (*pro hac vice*)
hphelps@fenwick.com
**FENWICK & WEST LLP**
1155 F St NW, 12th Floor
Washington, DC 20004
Telephone: (202) 970-3000

*Attorneys for TEKION CORP.*

**[~~PROPOSED~~] ORDER**

Pursuant to the Parties' stipulation, IT IS HEREBY ORDERED the Court's stay of expert discovery deadlines in *Tekion Corp. v. CDK Global, LLC*, Case No. 3:24-cv-08879-JSC, as set forth in the Order (Dkt. No. 197), shall also apply to all expert discovery deadlines in this action, *CDK Global, LLC v. Tekion Corp. and InDesign, LLC*, Case No. 3:25-cv-01394-JSC.

**IT IS SO ORDERED.**

Dated: August 21, 2026

Honorable J

